JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Robert Oliver

      Plaintiff,

v.

City of Inglewood et al

      Defendants.

Case No. CV 15-07576-AB (PJWx)

ORDER DISMISSING CIVIL ACTION

THE COURT having been advised that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: July 29, 2016      _____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.